# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| DANIEL ALLEN COOPER, JR., ) | |
|     Plaintiff, ) | Civil Action No. 7:19cv00878 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| NEW RIVER VALLEY REGIONAL ) | By: Michael F. Urbanski |
| JAIL AUTHORITY, et al., ) | Chief United States District Judge |
|     Defendants. ) | |

Plaintiff Daniel Allen Cooper, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By conditional filing orders entered December 30, 2019 and January 24, 2020, the court advised Cooper that he must notify the court immediately in writing upon any transfer or release and must provide the court with a new address. See ECF Nos. 3 and 5. The court warned Cooper that failure to provide an updated address would result in dismissal of his case. Id. On August 6, 2020, an order was returned to the court as undeliverable and with no forwarding address. See ECF No. 9. Cooper has not provided the court with an updated address as required by the court's orders. Accordingly, the court will dismiss Cooper's complaint without prejudice. Cooper is advised that the claims raised in this action may be refiled in a separate action, subject to the applicable statute of limitations.

    **ENTER**: This \_\_14th\_\_ day of August, 2020.

Michael F. Urbanski
Chief U.S. District Judge
2020.08.14 19:08:26 -04'00'

Michael F. Urbanski
Chief United States District Judge